1

2

3

4

5

6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                  **CENTRAL DISTRICT OF CALIFORNIA**

11

12   CJ MONTANO                  )   **CASE NO: 2:20-cv-07241-CBM-ASX**
                   Plaintiff,    )
13        vs.                    )   Assigned for All Purposes to:
                                 )   Hon. Judge Consuelo B. Marshall-
14   CITY OF LOS ANGELES; COUNTY )   Courtroom 8B
15   OF LOS ANGELES; CHIEF MICHEL )
     MOORE; SHERIFF ALEXANDER    )
16   VILLANUEVA; MICHAEL         )   **ORDER OF**
     RIMKUNAS; RODOLFO           )   **DISMISSAL OF ALL CAUSES OF**
17                               )   **ACTION AGAINST ALL DEFENDANTS,**
     ALVARADO BERMUDEZ; MELVIN   )   **ENTIRE ACTION WITH PREJUDICE**
18   MARTINEZ; CARLOS CRUZ;      )   **[JS-6]**
19   DANIEL BUNCH; SHANNON K.    )
     PAULSON; GUSTAVO GUTIERREZ; )
20   and DOES 7-10 inclusive.    )
                   Defendants.   )
21

22

23   **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

24        Based upon the foregoing request of Defendants **CITY OF LOS ANGELES,**

25   **CHIEF MICHEL MOORE, DANIEL BUNCH, GUSTAVO GUTIERREZ,**

26   **MELVIN MARTINEZ, and RODOLFO ALVARADO BERMUDEZ**

27   (“**Defendants**”) and Plaintiff, **C. J. MONTANO** (“**Plaintiff**”) (collectively, the

28   “**Parties**”), all causes of action against all Defendants **CITY OF LOS ANGELES,**

                                      1

**CHIEF MICHEL MOORE, DANIEL BUNCH, GUSTAVO GUTIERREZ, MELVIN MARTINEZ,** and **RODOLFO ALVARADO BERMUDEZ**, are hereby **DISMISSED WITH PREJUDICE, ENTIRE ACTION**.

The parties waive all rights to appeal in this matter.

All pending dates are hereby vacated and the case is closed in its entirety.

**IT IS SO ORDERED:**


DATED: JULY 5, 2022

**HON. CONSUELO B. MARSHALL**
**UNITED STATES DISTRICT JUDGE**